FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAR 22 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 16-30039-NJR |
| TANEISHA M. DAVIS, | ) Title 18, United States Code, Section 1703. |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
(Delay or destruction of United States Mail)

On or about January 22, 2016, in Madison County, within the Southern District of Illinois,

**TANEISHA M. DAVIS,**

defendant herein, who while employed by the United States Postal service, knowingly and unlawfully, secreted, destroyed, detained and delayed mail from a United States Post Office that had been entrusted to her and that was intended for delivery; all in violation of Title 18, United States Code, Section 1703.

A TRUE BILL

FOREPERSON

JAMES L. PORTER
Acting United States Attorney
Southern District of Illinois

RANLEY R. KILLIAN
Assistant United States Attorney

Bond Recommendation: $10,000 unsecured